WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>v.<br><br>Robert Begay, Jr.,<br><br>               Defendant. | No. CR08-01519-001-PCT-PGR<br><br>**ORDER** |

    The defendant appeared in court with court appointed counsel from the Flagstaff CJA Panel based on the defendant's avowal that he lacks the funds and assets to retain an attorney. The defendant's probable cause hearing waived, and the detention hearing was submitted on the record. The Court finds probable cause to believe the defendant violated the terms of his supervised release as alleged in the petition. The Court further finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that he is not a flight risk or a danger.

    IT IS HEREBY ORDERED that the defendant shall be bound over for further proceedings on the petition to revoke his supervised release in the U.S. District Court in Phoenix.

    IT IS FURTHER ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings.

    IT IS FURTHER ORDERED that a CJA 23 Financial Affidavit be filled out by the defendant with counsel from the Phoenix CJA Panel.

/ / /

1     Dated this 10th day of February, 2016.

_____
Honorable Deborah M. Fine
United States Magistrate Judge